JS - 6

1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA
10
11  ERLITO S. ENOVAL,                ) CASE NUMBER: 8-14-CV-00692
                                     )
12             Plaintiff,            ) ORDER OF DISMISSAL WITH
                                     ) PREJUDICE OF CAUSES OF ACTION
13      vs.                          ) 1 AND 2 OF THE COMPLAINT
                                     )
14  AJ HUNTINGTON HOME, INC.,        ) JUDGE: THE HONORABLE CORMAC
    JOHN VO and ANN NGUYEN,          ) J. CARNEY
15                                   )
               Defendants.           )
16                                   )
    _____)
17
18
19
20
21
22
23
24
25
26
27
28
                            1
            _____
            Order of Dismissal With Prejudice of Causes of Action 1 and 2

Based upon the stipulation of the parties, and good cause appearing, IT IS ORDERED:

1. The first cause of action in the complaint for wage and hour violations (Fair Labor Standards Act) is hereby dismissed with prejudice as to all Defendants subject to the Court's retention of jurisdiction to enforce the terms of the confidential settlement agreement; and

2. The second cause of action in the complaint for wage and hour violations (California Labor Code) is hereby dismissed with prejudice as to all Defendants subject to the Court's retention of jurisdiction to enforce the terms of the confidential settlement agreement.

Dated: May 11, 2015

_____
JUDGE OF THE UNITED STATES DISTRICT COURT